**THIS OPINION HAS BEEN WITHDRAWN PER ORDER OF THE FOURTH COURT OF APPEALS.**